In the Matter of the Petition of NEW YORK MUNICIPAL
RAILWAY CORPORATION et al., Respondents, Relative
to Acquiring Title to Real Estate in the Borough of
Brooklyn.
          CLARA McLEAR et al., Appellants.

*Matter of N. Y. Municipal Ry. Corpn.,* 173 App. Div. 980,
affirmed.
(Argued October 11, 1916; decided October 31, 1916.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered

May 12, 1916, which affirmed orders of Special Term, one denying a motion to vacate a prior order authorizing substituted service on certain defendants, and another confirming the report of commissioners in condemnation proceedings.

*Herbert G. McLear* for appellants.

*Traube Carswell, Charles I. Woody* and *George D. Yeomans* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.